# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| 1. JUSTICE HOMES INC., an Oklahoma Domestic Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-16-956-M ) |
| 1. STATE FARM FIRE AND CASUALTY COMPANY, A Foreign For Profit Insurance Corporation, | ) ) ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Justice Homes Inc., and Defendant, State Farm Fire and Casualty Company, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof. Each side is to bear its own costs and fees.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFFS**

/s Michael Brewer
(Electronically signed by Mr. McGrew with Mr. Brewer's permission)
Michael W. Brewer, OBA #11769
Hiltgen & Brewer
9505 North Kelley Ave.
Oklahoma City, OK 73131
Telephone:  (405) 235-9621
Facsimile:   (405) 235-0439
**Attorneys for Defendant**